IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:99-cr-00255-WBS-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| BARBARA JEAN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent the defendant on March 27, 2020. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Shari Rusk is hereby appointed effective April 1, 2020, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 4/2/2020

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge