

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>      v<br><br>BARBARA WHITE,<br><br>            Defendant.<br>_____/ | Case No. 2:92-cr-00261<br>            2:99-cr-00255<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release BARBARA WHITE, No. 2:92-cr-00261 and 2:99-cr-00255 from custody for the following reasons:

|     |     |
|-----|-----|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X   | Other:   Pursuant to the Court's sentence of time served in cases 2:92cr00261 and 2:99cr00255. |

Issued at Sacramento, California on August 27, 2020.

Dated:   August 27, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE